No. 80–6090.   STEIN *v.* FRANK ET UX., 450 U. S. 990;

No. 80–6101.   MABRY *v.* CENLA FINANCE, INC., 450 U. S. 1002; and

No. 80–6179.   DORTY *v.* HAYES ET AL., 450 U. S. 1034. Petitions for rehearing denied.

No. 80–5577.   WILEY *v.* KANSAS, 449 U. S. 1087.   Motion for leave to file petition for rehearing denied.

MAY 11, 1981

No. 80–6429.   DANIELS ET AL. *v.* BOONE ET AL.   C. A. 4th Cir.   Certiorari dismissed under this Court's Rule 53.   ■

MAY 18, 1981

No. 80–1034.   WARMUTH *v.* JONES.   Appeal from Sup. Ct. App. W. Va. dismissed, it appearing that the judgment below rests upon independent and adequate state grounds.   ■

No. 80–1073.   MARCAL *v.* LOUISIANA.   Appeal from Sup. Ct. La. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–6232.   BEACHBOARD *v.* COLUMBIA UNIVERSITY.   Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 80–1291.   HADWEN, INC. *v.* VERMONT DEPARTMENT OF TAXES.   Appeal from Sup. Ct. Vt. dismissed for want of substantial federal question.